1  OFFICE OF THE GENERAL COUNSEL
   ERIC M. ALDERETE, CAL BAR NO. 199565
2  Eric.alderete@usbank.com
   U.S. BANK NATIONAL ASSOCIATION
3  3121 Michelson Drive, 5th Floor
   Irvine, CA  92612
4  Telephone:  949-798-6781
   Facsimile:   949-798-4258'
5
   DANA J. DUNWOODY, Cal. Bar No. 119696
6  ddunwoody@sheppardmullin.com
   J. BARRETT MARUM, Cal. Bar No. 228628
7  bmarum@sheppardmullin.com
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8    A Limited Liability Partnership
     Including Professional Corporations
9  501 West Broadway, 19th Floor
   San Diego, California  92101-3598
10 Telephone:  619-338-6500
   Facsimile:   619-234-3815
11
   Attorneys for Defendant
12 U.S. Bank National Association, Successor in
   Interest to the Federal Deposit Insurance
13 Corporation as Receiver for Downey Savings
   and Loan Association, F.A.

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17  CARLA GIESEN, an individual; and           Case No. 09-cv-7122-GAF (SSx)
    BRYAN GIESEN, an individual,
18                                             **U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**
                     Plaintiffs,
19
             v.
20
    U.S. BANK LOAN SERVICES, INC.,
21  a Delaware Corporation;
    HOMECOMINGS FINANCIAL
22  SERVICES, LLC (f/k/a Homecomings
    Financial Network, Inc.), a Delaware
23  Limited Liability Company; WALL ST.
    MORTGAGE, INC., a California
24  Corporation; and DOES 1 through 50,
    inclusive,                                 Date:    12/21/09
25                                             Time:    9:30 a.m.
                     Defendants.               Crtrm.:  740
26                                             Hon. Gary A. Feess

27                                             [Complaint Filed:  July 27, 2009]

28

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on December 21, 2009, at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 740 before the Honorable Gary A. Feess of the above-entitled Court, located at 255 East Temple Street, Los Angeles, CA 90012, Defendant U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("Defendant") will and hereby does move the Court pursuant to Federal Rules of Civil Procedure 12(b)(6) for an order dismissing Plaintiffs' First Amended Complaint for failure to state a claim upon which relief may be granted.

This Motion is based upon this Notice of Motion and Motion, Defendant's Memorandum of Points and Authorities in Support thereof filed concurrently herewith, and all of the pleadings, records, and papers on file herein, as well as such other oral argument as may be presented at the hearing on this Motion.

This Motion is made in compliance with Local Rule 7-3. Counsel for the Defendant repeatedly attempted to reach Stephen P. Collette (counsel for Plaintiffs) by telephone and email in an effort to meet and confer under the Local Rules. Despite multiple telephone calls, the telephone number for Mr. Collette listed in the caption of the First Amended Complaint and with the State Bar of California has always returned a busy signal. Nor has Mr. Collette responded to counsel's email messages attempting to arrange a time to meet and confer. Given Defendant's impending responsive pleading deadline, counsel for Defendant cannot wait any longer to bring this Motion.

1  November 20, 2009

2                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

4            By      /s/ J. Barrett Marum
5                    DANA J. DUNWOODY
                     J. BARRETT MARUM

7                    Attorneys for Defendant
8        U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A.

-3-

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

W02-WEST:8JBM1\402323086.1