# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge **Feess**
From: **Sken Bourgeois**, Deputy Clerk    Date Received: **1-19-10**
Case No.: **09CV 7122 GAF (SSx)**   Case Title: **Carla Giesen v US Bancorp**
Document Entitled: **Second Amended Complaint**

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1       Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1       Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1        Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2       Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6       Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)       No proof of service attached to document(s)
- ☒ Other: **Per Order Dated 12-28-09, doc # 20, SAC was due on or before 1-15-10**

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

**1/20/10**
Date                                                      U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

Date                                                      U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)                    NOTICE OF DOCUMENT DISCREPANCIES

GPO  U.S. GOVERNMENT PRINTING OFFICE 2007 672-579