**LINK: 23**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7122 GAF (SSx) | Date | February 4, 2010 |
|---|---|---|---|
| Title | Carla Giesen et al v. US Bancorp et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     **(In Chambers)**

**ORDER CONTINUING HEARING**

The Court has received Defendants' procedurally deficient motion to dismiss Plaintiffs' second amended complaint.

This Court's Local Rule 6-1 provides that "every motion shall be presented by written notice of motion. The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing." C.D. Cal. R. 6-1. Although the notice of motion was filed on February 4, 2010, it requests a hearing on March 1, 2010, less than twenty-eight days later. The motion hearing is therefore **CONTINUED** to March 8, 2010 at 9:30 a.m. Plaintiffs' opposition is due **no later than February 15, 2010**, and Defendants' reply is due **no later than February 22, 2010**.

**IT IS SO ORDERED.**